# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154117-9(127)(128)

AFT MICHIGAN, et al.,
                    Plaintiffs-Appellees,

v                                                              SC: 154117-9
                                                               COA: 303702, 303704, 303706
                                                               Ct of Claims: 10-000091-MM,
                                                               10-000047-MM, 10-000045-MM

STATE OF MICHIGAN,
                    Defendant-Appellant.
_____/

        On order of the Chief Justice, the motions for immediate consideration and to allow each attorney for plaintiffs-appellees in the three cases to have fifteen minutes of oral argument are GRANTED.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2017



Clerk